Law Offices
**HINSHAW & CULBERTSON LLP**
2375 E. Camelback Rd.
Suite 750
Phoenix, AZ 85016
602-631-4400
602-631-4404
bdunn@hinshawlaw.com
meghasingh@hinshawlaw.com

Bradley L. Dunn (028897)
Megha Singh (036306)
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Tysha Schmitz, | ) | No. CV-21-01464-GMS |
| Plaintiff, | ) ) ) | **NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURE STATEMENT** |
| v. | ) ) | |
| Healthcare Revenue Recovery Group, LLC d/b/a/ ARS Account Resolution Services, | ) ) ) | |
| Defendant. | ) ) | |

NOTICE IS HEREBY GIVEN that attorneys for Defendant Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services ("HRRG"), through counsel undersigned, emailed its Initial Disclosure Statement to counsel for Plaintiff, Tysha Schmitz on this date.

DATED this 3rd day of January, 2022.

HINSHAW & CULBERTSON LLP

/s/ Bradley L. Dunn
Bradley L. Dunn
Megha Singh
*Attorneys for Defendant*

1045922\309524305.v1

**CERTIFICATE OF SERVICE**

    I certify that on the 3rd day of January, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David J. McGlothlin, Esq
Ryan L. McBride, Esq.
**Kazerouni Law Group, APC**
2633 E. Indian School Road, Suite 460
Phoenix, Arizona 85016
david@kazlg.com
ryan@kazlg.com
*Attorneys for Plaintiff*

By  /s/ Tammy Rivera