# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tysha Schmitz, | No. CV-21-01464-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Healthcare Revenue Recovery Group LLC d/b/a ARS Account Resolution Services, | |
| Defendant. | |

Before the Court is the parties' Stipulation to the Entry of an Order of Dismissal with Prejudice (Doc. 18).  Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation (Doc. 18).

**IT IS FURTHER ORDERED** that the above-captioned action be dismissed in its entirety with prejudice, with each party to bear its own costs and attorneys' fees.

Dated this 11th day of April, 2022.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge